AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

### DISTRICT OF

_____                    _____

### APPEARANCE

Case Number:  04-1809-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSeph Baldassaro

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 06/30/04 | Paul F. Zenola |
| Date | Signature |
| | Paul F. Zenola          652165 |
| | Print Name          Bar Number |
| | 205 Portland St. |
| | Address |
| | Boston,    MA      02114 |
| | City      State      Zip Code |
| | 617 523-1500      617-523-2400 |
| | Phone Number      Fax Number |