AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

U.S.

v.

Joseph Baldassano

**APPEARANCE**

Case Number: 04-1809-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Baldassano

I certify that I am admitted to practice in this court.

7/12/04
Date

_____
Signature

Elliot M. Weinstein    520400
Print Name              Bar Number

228 Lewis Wharf
Address

Boston      MA      02110
City        State    Zip Code

617-367-9334          617-367-7358
Phone Number          Fax Number