AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

JOSEPH BALDASSANO

**WARRANT FOR ARREST**

CASE NUMBER: 04-1809-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Joseph Baldassano _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and distribution of, oxycodone, a Schedule II controlled substance

in violation of
Title _____ 21 _____ United States Code, Section(s) 846 and 841(a)(1)

Name of Issuing Officer: Charles B. Swartwood, III
Title of Issuing Officer: US Magistrate Judge

Signature of Issuing Officer

Date and Location: 6-29-04   Boston, MA

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY DEA BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Joseph Baldassano

ALIAS:

LAST KNOWN RESIDENCE: 220 Washington Street, Gloucester, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Gloucester, MA

DATE OF BIRTH (4 digit year): 00-00-1981

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 9858

HEIGHT: 6'1"     WEIGHT: 275

SEX: M     RACE: W

HAIR: Blond     EYES: Hazel

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Administration

15 New Sudbury Street

Boston, MA