UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              Cr. No. 04-1809- CBS

JOSEPH BALDASSANO

PROPOSED CONDITIONS FO RELEASE

Defendant Joseph Baldassano, by his attorney, proposes the following conditions of pre-trial release be ordered.

CONTEXT FOR PROPOSED CONDITIONS OF RELEASE:

Mr. Baldassano is charged in the above captioned complaint with, in substance, conspiracy and distribution of oxycodone in violation of 21 U.S.C. §841(a)(1) and 846.

Mr. Baldassano, age 23, was raised in Gloucester, Massachusetts by his parents Antonino Baldassano and Ignazia Baldassano. Mr. and Mrs. Baldassano immigrated to this country from Italy, became citizens, worked hard, raised a family of three children, and purchased a home at 220 Washington Street, Gloucester, Massachusetts. The home has a present fair market value of $560,000.00 encumbered by a first mortgage to Gloucester Cooperative Bank with a principle balance of $157,000.00.

Joseph Baldassano grew up in the family home and graduated from Gloucester High School in 1999. Thereafter, he enrolled in Wentworth College to study computer science and completed the academic year. Mr. Baldassano changed his academic focus to marketing and management and transferred to the University of Massachusetts, Lowell to commence his second year of college. He has remained a full time student at UMass, Lowell but because certain credits were not accepted by UMass, he did not graduate this spring. One degree requirement is in foreign language. Mr. Baldassaro, who is fluent in

Italian, in enrolled in an Italian course which commences on July 12, 2004 and meets four days per week from 8:00 – 10:00 a.m. The course concludes in mid-August.

Mr. Baldassaro has most recently resided in an apartment at 40 Sarah Avenue, Lowell, Massachusetts. Mr. Baldassaro will be notifying his landlord that he does not intend to renew his tenancy.

Mr. Baldassaro is currently on probation as a result of his conviction in the Gloucester District Court in December, 2003, for possession of oxycodone. His probation is supervised by Lowell District Court Probation Officer Edward Quimby. When Mr. Baldassaro began probation supervision in late January, 2004, he informed his probation officer that he was using oxycodone and that he intended to initiate a program to cease his drug use. Mr. Baldassaro researched the issue of proper treatment and began treatment with Dr. Ezzatti, Framingham, Massachusetts which included detoxification and medication.. Since March, 2004, Mr. Baldassaro has been prescribed subutex and has remained drug free as confirmed by testing through the probation office and his physician. He has maintained bi-monthly appointments with his physician at which times he has been screened for any drug use and had his prescription medication renewed. The prescriptions have been written for approximately 15 days of use, thus requiring the frequency of doctor appointments.

PROPOSED CONDITIONS OF RELEASE:

1. Appearance bond secured by the equity in his parents home;

2. Maintain residence at 220 Washington Street, Gloucester, Massachusetts;

3. Attend and complete course now enrolled at UMass, Lowell;

4. Maintain drug treatment as required by pre-trial services office;

5. Obey all statutory and reporting conditions set by the Court and pre-trial services office.

ADDITIONAL CONDITIONS OF RELEASE:

In the event the Court concludes release is appropriate but more restrictive conditions of release are required, Mr. Baldassaro is prepared to be home detained with an electronic monitoring bracelet. If such be ordered, Mr. Baldassaro requests that he be permitted to attend the course at UMass, Lowell and that reasonable time for travel and class attendance be permitted.

CONCLUSION:

Mr. Baldassaro asks this Court to conclude that there are a combination of conditions of pretrial release which will both assure his appearance at all required court proceedings and the safety of the community.

JOSEPH BALDASSANO
By his attorney,

Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

CERTIFICATE OF SERVICE

I certify that I have served a copy of the above on Michael Pelgro and/or David Tobin, AUSA and the United States Pretrial Services Office.

Elliot M. Weinstein    7/12/04

BK 6443 PG 424

KNOW ALL MEN BY THESE PRESENTS, that I, HARRY RUBIN,

of Gloucester, Essex County, Massachusetts

in consideration of FIFTY-SEVEN THOUSAND ($57,000.00) DOLLARS

grant to ANTONINO BALDASSANO and IGNAZIA BALDASSANO, husband and wife, as ~~tenants by the entirety and not~~ joint tenants and not tenants in common, both

of 220 Washington Street in said Gloucester, Essex County, Massachusetts

with quitclaim covenants

A certain parcel of land with the building thereon situated on the corner of Washington Street and Gloucester Avenue Extension in said Gloucester, being the Easterly half of lot #5 as shown on plan of lots belonging to Frank Stanwood of said Gloucester dated August 24, 1903 Winslow L. Webber, C.E. recorded in the Essex South District Registry of Deeds in Plan Book 14, Plan 1 and more particularly bounded and described as follows:

Beginning at a point on the Westerly side of Washington Street at the corner of a roadway now called Gloucester Avenue Extension, as shown on said plan and running in a Northwesterly direction by said Washington Street, sixty-one (61) feet to an iron bolt and lot numbered six on said plan, now or formerly of Gloport Investment Trust; thence turning and running in a Southwesterly direction by said lot six, one hundred (100) feet to land now or formerly of Frank Groppo and Agatha Groppo; thence turning and running in a Southeasterly direction by land of said Groppo to a point in said roadway, sixty-one (61) feet; thence turning and running in a Northeasterly direction by said roadway, one hundred (100) feet to the point of beginning.

Being the same premises conveyed to the grantor hereof by Oscar Rose by deed dated December 21, 1945 and recorded in the Essex South District Registry of Deeds in Book 3435, Page 487

WITNESS my hand and seal this 15th day of February, 197_

HARRY RUBIN

The Commonwealth of Massachusetts

Essex, ss.                Gloucester February 15

Then personally appeared the above named HARRY RUBIN

and acknowledged the foregoing instrument to be his free act and deed,

Before me, _____

My commission expires

ESSEX SS. RECORDED Feb 15, 1977 44 M. PAST 1 P.M. INST.



July 7, 2004

To Whom It May Concern:

Based upon an evaluation of the property known as 220 Washington Street in Gloucester, Massachusetts my opinion of value would be $560,000.00. This opinion is based on current market trends and conditions and if necessary, should be reevaluated in 90 days.

Should you have any questions or if I can be of any further assistance, please feel free to contact me directly at 978-865-1160.

Sincerely,

Maureen Johnson
Broker/Owner
RE/MAX Gallery



**Maureen Johnson**
Broker/Owner
**RE/MAX Gallery REALTORS®**
1 Main Street at Rogers, Unit 2, Gloucester, Massachusetts 01930
Office: (978) 281-8005, Fax: 281-7228

Each Office Independently Owned and Operated

# GLOUCESTER CO-OPERATIVE BANK

160 Main Street, Gloucester, MA 01930 978-283-8200
(978) 283-8200

Page: 1 of 2
Account Number: 2510000424
Billing Date: 06-30-2004
Consumer Loan

ANTONINO BALDASSANO
IGNAZIA A BALDASSANO
220 WASHINGTON ST
GLOUCESTER MA 01930-2253

### Activity Summary

| Previous Principal Balance | Payments | Finance Charge | Advances | Other Charges | Ending Principal Balance |
|---|---|---|---|---|---|
| 157,735.47 | 1,200.00 | 455.73 | 0.00 | 0.00 | 156,991.20 |

### Payment(s) Due

| Payment Due Date | Principal | Finance Charge | Escrow | Late Charge | Other | Total |
|---|---|---|---|---|---|---|
| 07-25-2004 | 0.00 | 534.56 | 0.00 | 0.00 | 0.00 | 534.56 |

### Activity since 05-29-2004

| Date | Description | Credits | Debits | Principal Balance |
|---|---|---|---|---|
| 05-29-2004 | Starting Principal Balance | | | 157,735.47 |
| 06-28-2004 | Regular Payment - Note Interest | 455.73 | | |
| | Principal Receipt | 744.27 | | 156,991.20 |

*PLEASE DETACH AND RETURN THE LOWER PART WITH YOUR PAYMENT. RETAIN THE UPPER PART FOR YOUR RECORDS.*

ANTONINO BALDASSANO
IGNAZIA A BALDASSANO
220 WASHINGTON ST
GLOUCESTER MA 01930-2253

Account Number: 2510000424
Due Date: 07-25-2004
PLEASE PAY: $534.56

If payment is after 08-09-2004
the payment is $544.56
Apply excess to:

Escrow: _____
Principal: _____
Late Charges: _____
Other(Explain): _____
Total Enclosed: _____

Gloucester Co-operative Bank
160 Main Street
Gloucester MA 01930-5732

1061