# UNITED STATES DISTRICT COURT

FILED

2004 AUG -4 P 12: 17    **CRIMINAL NO: 04-M-1809-CBS**

UNITED STATES OF AMERICA

U.S. DISTRICT COURT
DISTRICT OF MASS

v.

JOSEPH BALDASSANO

## NOTICE OF WITHDRAWAL

Now comes the undersigned, counsel for the defendant, Joseph Baldassano, and submits this Notice of Withdrawal upon the filing of a Notice of Appearance by Attorney Elliot M. Weinstein.

Respectfully Submitted,

Paul F. Zerola, Esq., BBO# 652165
JOYCE & ZEROLA, P.C.
205 Portland Street, Fifth Floor
Boston, MA  02114
(617) 523-1500
Dated: July 30, 2004